AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ronald Adams
3876 North Gate Place
Waldorf, MD 20602

V.

Rand Construction Corporation
1029 North Royal Street
Alexandria, Virginia 22314

Serve Registered Agent:
Corporation Service Company
1090 Vermont Avenue, NW
Washington, DC 20005

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01874
Assigned To : Lamberth, Royce C.
Assign. Date : 10/17/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Rand Construction Corporation
1029 North Royal Street
Alexandria, VA 22314

Serve:
Corporation Service Company
1090 Vermont Av, NW
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel S. Kozma
The Law Office of Daniel S. Kozma
2120 L Street, N.W.
Suite 245
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

OCT 17 2007
DATE

RECEIVED
DEC 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 12/3/07 @ 1:15 p.m. |
| NAME OF SERVER *(PRINT)* Gary Dean | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Served Rand Construction Corporation c/o Corporation Service Co. Renee Rice, Authorized Agent. Served at 1090 Vermont Avenue, NW, Washington, DC 20005

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/3/07
             *Date*

*Signature of Server*

P.O. Box 18647, Washington, DC   20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.