**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RONALD ADAMS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) No. 1:07-cv-01874(RCL)<br>RAND CONSTRUCTION CORPORATION )<br>)<br>Defendant. )<br>) | |

**DEFENDANT'S CONSENT MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Rand Construction Corporation ("Defendant") by its undersigned attorneys, hereby moves this Court for an extension of time to respond to Plaintiff's Complaint on or by January 11, 2007.  In support of this Motion, Defendant states as follows:

1. Defendant was served with Plaintiff's Complaint on December 3, 2007, thus requiring it to respond to the Complaint by December 24, 2007.

2. Given the holiday season and to allow Defendant sufficient time to investigate and assess the allegations contained in the Complaint, Defendant requests additional time, until January 11, 2007, to respond to the Complaint.

4. Granting this requested extension of time will not unduly delay this case, in which no scheduling order has been entered.

5. Plaintiff's counsel consented to this requested extension on December 18, 2007.

6. For all of the above reasons, it is appropriate to extend the time for Defendant to respond to Plaintiff's Complaint until January 11, 2007.

WHEREFORE, Defendant respectfully requests that the Court extend the time for it to respond to Plaintiff's Complaint to January 11, 2007.

Respectfully submitted,

RAND CONSTRUCTION CORPORATION

By: /s/ Charles F. Walters
Charles F. Walters, Esq. # 444529
Elisabeth Moriarty-Ambrozaitis # 488848

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)
Its Attorneys

Dated: December 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2007, I served, by first class mail, postage prepaid, a copy of the foregoing Defendant's Consent Motion to Extend Time to Respond to Plaintiff's Complaint upon:

        Daniel S. Kozma, Esq.
        The Law Office of Daniel S. Kozma, Esq.
        2120 L Street, N.W., Suite 245
        Washington, DC 20037

        /s/ Elisabeth Moriarty-Ambrozaitis
        Elisabeth Moriarty-Ambrozaitis

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONALD ADAMS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 1:07-cv-01874(RCL) |
| RAND CONSTRUCTION CORPORATION | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time to Answer Plaintiff's Complaint, in the above-captioned matter, it is hereby ORDERED that Defendant's Motion is GRANTED, and it is,

FURTHER ORDERED that Defendant's time to respond to Plaintiff's Complaint be extended to January 11, 2007.

SO ORDERED.

_____

HON. JUDGE ROYCE C. LAMBERTH

DC1 30214529.1