## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD ADAMS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) No. 1:07-cv-01874(RCL) | |
| RAND CONSTRUCTION CORPORATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF ERRATA

On December 19, 2007, Defendant Rand Construction Corporation filed a Consent

Motion to Extend Time to Respond to Plaintiff's Complaint.  Defendant inadvertently wrote the

requested extension date of January 11, 2007.  The correct extension date is January 11, 2008.

Accordingly, Defendant respectfully requests that the Court extend the time for it to respond to

Plaintiff's Complaint to January 11, 2008.

Respectfully submitted,

RAND CONSTRUCTION CORPORATION

By: /s/ Charles F. Walters
Charles F. Walters, Esq. # 444529
Elisabeth Moriarty-Ambrozaitis # 488848

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)
Its Attorneys

Dated: December 19, 2007

DC1 30214562.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2007, I served, by first class mail, postage prepaid, a copy of the foregoing Notice of Errata upon:

Daniel S. Kozma, Esq.
The Law Office of Daniel S. Kozma, Esq.
2120 L Street, N.W., Suite 245
Washington, DC 20037

/s/ Elisabeth Moriarty-Ambrozaitis
Elisabeth Moriarty-Ambrozaitis