## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD ADAMS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAND CONSTRUCTION CORPORATION )<br>)<br>Defendant. )<br>) | No. 1:07-cv-01874(RCL) |

### **ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time to Answer Plaintiff's Complaint, in the above-captioned matter, it is hereby ORDERED that Defendant's Motion is GRANTED, and it is,

FURTHER ORDERED that Defendant's time to respond to Plaintiff's Complaint be extended to January 11, 2008.

SO ORDERED.

_____/s/_____
HON. JUDGE ROYCE C. LAMBERTH

DC1 30214529.1