## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD ADAMS | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:07-cv-01874(RCL) |
| v. | ) |
| | ) |
| RAND CONSTRUCTION CORPORATION | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

The Clerk will enter my appearance in the above matter as Counsel for the Defendant Rand Construction Corporation.

I hereby certify that I am a member in good standing of the D.C. Bar.

                                            Respectfully Submitted,

                                            RAND CONSTRUCTION CORPORATION

                                            By: /s/ Elisabeth Moriarty-Ambrozaitis
                                            Elisabeth Moriarty Ambrozaitis, Esq., #488848
                                            Seyfarth Shaw LLP
                                            815 Connecticut Avenue, N.W., Suite 500
                                            Washington, DC  20006-4004
                                            (202) 828-5368

DATED:  December 26, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was mailed first class, postage prepaid, this 26th day of December 2007 to:

>Daniel S. Kozma, Esq.
>The Law Office of Daniel S. Kozma, Esq.
>2120 L Street, N.W., Suite 245
>Washington, DC  20037

>/s/ Elisabeth Moriarty-Ambrozaitis
>Elisabeth Moriarty-Ambrozaitis

DC1 30214884.1