**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RONALD ADAMS | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) No. 1:07-cv-01874(RCL) |
| RAND CONSTRUCTION CORPORATION | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## ORDER

Upon consideration of Defendant's Second Consent Motion for an Extension of Time to Respond to Plaintiff's Complaint, in the above-captioned matter, it is hereby ORDERED that Defendant's Motion is GRANTED, and it is,

FURTHER ORDERED that Defendant's time to respond to Plaintiff's Complaint be extended to January 31, 2008.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth on January 11, 2008.