IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD ADAMS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) No. 1:07-cv-01874(RCL)<br>RAND CONSTRUCTION CORPORATION )<br>)<br>Defendant. )<br>) | |

**DEFENDANT'S THIRD CONSENT MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Rand Construction Corporation ("Defendant") by its undersigned attorneys, hereby moves this Court for a fourteen (14) day extension of time to respond to Plaintiff's Complaint, such that Defendant's response would be due on or by February 14, 2008. In support of this Motion, Defendant states as follows:

1. Defendant was served with Plaintiff's Complaint on December 3, 2007.

2. Due to the holiday season and to allow Defendant sufficient time to investigate and assess the allegations contained in the Complaint, Defendant requested additional time to respond to Plaintiff's Complaint.

3. On December 20, 2007, the Court granted Defendant's request for an extension of time to respond until January 11, 2008.

4. On January 11, 2008, the Court granted Defendant's second request for an extension of time to respond until January 31, 2008. Defendant requested this second extension of time to respond as the parties had begun settlement discussions.

DC1 30217394.1

5.	The parties are actively engaged in settlement discussions and wish to fully explore the possibility of settlement prior to proceeding with the litigation of this matter.

6.	As such, Defendant respectfully requests an additional fourteen (14) days, until February 14, 2008, to respond to Plaintiff's Complaint.

7.	Granting this requested extension of time will not unduly delay this case, in which no scheduling order has been entered.

8.	Plaintiff's counsel consented to this requested extension on January 30, 2008.

9.	For all of the above reasons, it is appropriate to extend the time for Defendant to respond to Plaintiff's Complaint until February 14, 2008.

WHEREFORE, Defendant respectfully requests that the Court extend the time for it to respond to Plaintiff's Complaint to February 14, 2008.

> Respectfully submitted,
>
> RAND CONSTRUCTION CORPORATION
>
> By:  /s/ Elisabeth Moriarty-Ambrozaitis
> Charles F. Walters, Esq. # 444529
> Elisabeth Moriarty-Ambrozaitis # 488848
>
> SEYFARTH SHAW LLP
> 815 Connecticut Avenue, N.W.
> Suite 500
> Washington, D.C. 20006-4004
> (202) 463-2400
> (202) 828-5393 (facsimile)
> Its Attorneys

Dated: January 31, 2008

DC1 30217394.1

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 31st day of January 2008, I electronically served a copy of the foregoing Defendant's Third Consent Motion to Extend Time to Respond to Plaintiff's Complaint upon:

          Daniel S. Kozma, Esq.
          The Law Office of Daniel S. Kozma, Esq.
          2120 L Street, N.W., Suite 245
          Washington, DC 20037

          /s/ Elisabeth Moriarty-Ambrozaitis
          Elisabeth Moriarty-Ambrozaitis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD ADAMS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAND CONSTRUCTION CORPORATION )<br>)<br>Defendant. )<br>) | No. 1:07-cv-01874(RCL) |

**ORDER**

Upon consideration of Defendant's Third Consent Motion for an Extension of Time to Respond to Plaintiff's Complaint, in the above-captioned matter, it is hereby ORDERED that Defendant's Motion is GRANTED, and it is,

FURTHER ORDERED that Defendant's time to respond to Plaintiff's Complaint be extended to February 14, 2008.

SO ORDERED.

_____
HON. ROYCE C. LAMBERTH

DC1 30217398.1