# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONALD ADAMS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-01874(RCL) |
| ) | |
| RAND CONSTRUCTION CORPORATION ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Third Consent Motion for an Extension of Time to Respond to Plaintiff's Complaint, in the above-captioned matter, it is hereby ORDERED that Defendant's Motion is GRANTED, and it is,

FURTHER ORDERED that Defendant's time to respond to Plaintiff's Complaint be extended to February 14, 2008.

SO ORDERED.

_____/s/_____
HON. ROYCE C. LAMBERTH