IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD ADAMS, <br><br> Plaintiff, <br><br> v. <br><br> RAND CONSTRUCTION CORPORATION <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:07-cv-01874(RCL) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Ronald Adams and Defendant Rand Construction Corporation (collectively the "Parties"), by and through undersigned counsel, hereby move this Court for a forty-five (45) day extension of time for Rand Construction Corporation to respond to Plaintiff's Complaint, such that Defendant's response would be due on or before March 31, 2008. In support of this Motion, the Parties state as follows:

1. The Parties have reached an agreement in principle to fully settle this matter.

2. The Parties will need additional time to agree on a final written settlement agreement and release, and to fully afford Plaintiff his statutory rights in connection with his release of claims, including but not limited to the provisions of 29 U.S.C. § 626(f).

3. In order to allow the Parties sufficient time to accomplish the above, to avoid unnecessary pleading by Defendant, and to avoid any additional extensions of time in this matter, the Parties hereby request that deadline for Defendant to respond to Plaintiff's Complaint be extended forty-five (45) days, until March 31, 2008.

    6.    Granting this requested extension of time will not unduly delay this case, in which no scheduling order has been entered.

WHEREFORE, the Parties respectfully request that the Court extend the time for it to respond to Plaintiff's Complaint to March 31, 2008.

        Respectfully submitted,

        RAND CONSTRUCTION CORPORATION

        By:  /s/ Elisabeth Moriarty-Ambrozaitis
        Charles F. Walters, Esq. # 444529
        Elisabeth Moriarty-Ambrozaitis # 488848

        SEYFARTH SHAW LLP
        815 Connecticut Avenue, N.W.
        Suite 500
        Washington, D.C. 20006-4004
        (202) 463-2400
        (202) 828-5393 (facsimile)
        Its Attorneys

        RONALD ADAMS

        By:  /s/ Daniel S. Kozma
        Daniel S. Kozma, Esq., # 940874

        The Law Office of Daniel S. Kozma, Esq.
        2120 L Street, N.W., Suite 245
        Washington, DC 20037
        202-969-2223

Dated: February 14, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONALD ADAMS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAND CONSTRUCTION CORPORATION )<br>)<br>Defendant. )<br>) | No. 1:07-cv-01874(RCL) |

## **ORDER**

Upon consideration of the Parties' Joint Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint in the above-captioned matter, it is hereby ORDERED that the Parties' Motion is GRANTED, and it is,

FURTHER ORDERED that Defendant's time to respond to Plaintiff's Complaint be extended to March 31, 2008.

SO ORDERED.

_____
HON. ROYCE C. LAMBERTH