IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD ADAMS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 1:07-cv-01874(RCL) |
| RAND CONSTRUCTION CORPORATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all the parties who have appeared in the action hereby stipulate that the above-captioned case shall be dismissed in its entirety with prejudice.

                Respectfully submitted,

                RAND CONSTRUCTION CORPORATION

                By:  /s/ Elisabeth Moriarty-Ambrozaitis
                Charles F. Walters, Esq. # 444529
                Elisabeth Moriarty-Ambrozaitis # 488848

                SEYFARTH SHAW LLP
                815 Connecticut Avenue, N.W.
                Suite 500
                Washington, D.C. 20006-4004
                (202) 463-2400
                (202) 828-5393 (facsimile)
                Its Attorneys

                RONALD ADAMS

                By:  /s/ Daniel S. Kozma
                Daniel S. Kozma, Esq., # 940874

                The Law Office of Daniel S. Kozma, Esq.

DC1 30226620.1

                                                2120 L Street, N.W., Suite 245
                                                Washington, DC 20037
                                                202-969-2223

Dated: March 28, 2008